**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MOTT'S LLP,<br><br>  Plaintiff,<br><br>vs.<br><br>TASTY CLOUD VAPE COMPANY,<br><br>  Defendants. | **Case No. 2:18-CV-02035-JFW(PLAx)A**<br><br>Hon. John F. Walters<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: March 12, 2018 |

CYPRESS LLP
11111 Santa Monica Boulevard Suite 500
Los Angeles, California 90025
(424) 901-0123

---
ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS THEREFORE ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED this 16TH day of October, 2018**

_____
UNITED STATES DISTRICT JUDGE

ORDER ON AGREED INJUNCTION
1